UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**            Case No. 05-cr-098-01-PB

<u>James J. Dorris</u>

<u>**O R D E R**</u>

The defendant has moved to continue the August 2, 2005 trial in the above case.  Defendant cites the need for additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 2, 2005 to November 1, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 19, 2005 final pretrial conference is continued until October 20, 2005 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 18, 2005

cc: Jeffrey Levin, Esq.
Debra Walsh, AUSA
United States Probation
United States Marshal